**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MORIN, RALPH RONALD                              §  Case No. 09-25129-JS
                                                        §
                                                        §
Debtor(s)                                               §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on July 10, 2009.  The undersigned trustee was appointed on July 10, 2009.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the
disposition of all property of the estate is attached as   **Exhibit A.**

4.  The trustee realized the gross receipts of              $           6,548.11

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 3.47 |
| Bank service fees | 137.06 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 6,407.58 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank
account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 12/21/2009 and the deadline for filing governmental claims was 01/06/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as  **Exhibit C** .

7. The Trustee's proposed distribution is attached as  **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,404.81.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,000.00, for a total compensation of $1,000.00. [2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $165.00, for total expenses of $165.00. [2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/31/2012 _____       By:/s/DAVID GROCHOCINSKI, TRUSTEE _____
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-25129-JS | **Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** MORIN, RALPH RONALD | **Filed (f) or Converted (c):** 07/10/09 (f) |
| | **§341(a) Meeting Date:** 08/25/09 |
| **Period Ending:** 01/31/12 | **Claims Bar Date:** 12/21/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | CASH | 2,265.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNTS | 130.00 | 0.00 | DA | 0.00 | FA |
| 3 | SECURITY DEPOSITS | 950.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | BOOKS ETC | 30.00 | 0.00 | DA | 0.00 | FA |
| 6 | CLOTHING | 50.00 | 0.00 | | 0.00 | FA |
| 7 | WEDDING RINGS ETC. | 250.00 | 0.00 | | 0.00 | FA |
| 8 | CAMERA, ETC. | 80.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA | 200.00 | 0.00 | | 0.00 | FA |
| 10 | 2005 DODGE DAKOTA | 6,100.00 | 0.00 | | 0.00 | FA |
| 11 | 2000 CHEVY S10 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | INSIDER TRANSFER  (u) | 31,000.00 | 31,000.00 | | 6,547.50 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.61 | Unknown |
| 13 | **Assets**   **Totals** (Excluding unknown values) | **$43,055.00** | **$31,000.00** | | **$6,548.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

DEMAND ON INSIDER PREFERENCE; ADVERSARY TO BE FILED; COLLECTING PAYMENTS ON FRAUDULENT TRANSFER CLAIM THROUGH JUNE 30, 2013; PAYMENTS CONTINUE; BEGINNING FINAL REPORT PROCESS; MOTION TO EMPLOY ACCOUNTANTS SET FOR 1/13/12; AWAITING TAX RETURNS

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2011 | **Current Projected Date Of Final Report (TFR):** | September 30, 2012 |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-25129-JS | |
| **Case Name:** | MORIN, RALPH RONALD | |
| **Taxpayer ID #:** | **-***9758 | |
| **Period Ending:** | 01/31/12 | |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******68-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/30/10 | {12} | TODD & MICHELE MORIN | SETTLEMENT PAYMENT | 1249-000 | 4,000.00 | | 4,000.00 |
| 09/21/10 | {12} | TODD MORIN | SETTLEMENT PAYMENT | 1249-000 | 254.75 | | 4,254.75 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,254.78 |
| 10/22/10 | {12} | TODD MORIN | SETTLEMENT PAYMENT | 1249-000 | 254.75 | | 4,509.53 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,509.56 |
| 11/15/10 | {12} | TODD MORIN | SETTLEMENT PAYMENT | 1249-000 | 254.75 | | 4,764.31 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,764.34 |
| 12/27/10 | {12} | TODD MORIN | SETTLEMENT PAYMENT | 1249-000 | 254.75 | | 5,019.09 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,019.13 |
| 01/24/11 | {12} | TODD MORIN | SETTLEMENT PAYMENT | 1249-000 | 254.75 | | 5,273.88 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,273.92 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-25129, Bond#016026455 | 2300-000 | | 3.47 | 5,270.45 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,270.49 |
| 03/01/11 | {12} | TODD MORIN | SETTLEMENT PAYMENT | 1249-000 | 254.75 | | 5,525.24 |
| 03/22/11 | {12} | TODD MORIN | SETTLEMENT PAYMENT | 1249-000 | 254.75 | | 5,779.99 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,780.03 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,780.07 |
| 05/16/11 | {12} | RALPH MORIN | SETTLEMENT PAYMENT | 1249-000 | 254.75 | | 6,034.82 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,034.86 |
| 06/14/11 | {12} | TODD MORIN | SETTLEMENT PAYMENT | 1249-000 | 254.75 | | 6,289.61 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,289.65 |
| 07/28/11 | {12} | TODD MORIN | SETTLEMENT PAYMENT | 1249-000 | 254.75 | | 6,544.40 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,544.44 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 12.06 | 6,532.38 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,532.42 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,507.42 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,507.46 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,482.46 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,482.50 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,457.50 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,457.54 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,432.54 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,432.58 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,407.58 |

Subtotals :                     $6,548.11          $140.53

{} Asset reference(s)

Printed: 01/31/2012 11:33 AM     V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-25129-JS

**Case Name:** MORIN, RALPH RONALD

**Taxpayer ID #:** **-***9758

**Period Ending:** 01/31/12

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******68-65 - Money Market Account

**Blanket Bond:** $5,000,000.00   (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **6,548.11** | **140.53** | **$6,407.58** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **6,548.11** | **140.53** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,548.11** | **$140.53** | |

{} Asset reference(s)

Printed: 01/31/2012 11:33 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-25129-JS | |
| **Case Name:** | MORIN, RALPH RONALD | |
| **Taxpayer ID #:** | **-***9758 | |
| **Period Ending:** | 01/31/12 | |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******68-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******68-65** | **6,548.11** | **140.53** | **6,407.58** |
| **Checking # 9200-******68-66** | **0.00** | **0.00** | **0.00** |
| | **$6,548.11** | **$140.53** | **$6,407.58** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-25129-JS
Case Name:  MORIN, RALPH RONALD
Trustee Name: DAVID GROCHOCINSKI, TRUSTEE

**Balance on hand:**                    $            6,407.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $               0.00
Remaining balance:                        $            6,407.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 1,000.00 | 0.00 | 1,000.00 |
| Trustee, Expenses - DAVID GROCHOCINSKI, TRUSTEE | 165.00 | 0.00 | 165.00 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2,500.00 | 0.00 | 2,500.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 68.97 | 0.00 | 68.97 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses:   $          3,983.97
Remaining balance:                                        $          2,423.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $             0.00
Remaining balance:                                            $          2,423.61

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for priority claims:    $            0.00

Remaining balance:    $        2,423.61

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,956.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | West Suburban Bank | 14,472.89 | 0.00 | 243.66 |
| 2 | Wells Fargo Bank, N.A. | 79,970.15 | 0.00 | 1,346.35 |
| 3 | Marlin Leasing | 8,072.48 | 0.00 | 135.91 |
| 4 | Federated Financial | 41,440.91 | 0.00 | 697.69 |

Total to be paid for timely general unsecured claims:    $        2,423.61

Remaining balance:    $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims:    $            0.00

Remaining balance:    $            0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid
*pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent,
plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)