**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MORIN, RALPH RONALD | § Case No. 09-25129-JS |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　Clerk of U.S. Bankruptcy Court
　　219 S. Dearborn Street
　　Chicago, IL  60604

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 03/16/2012 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 02/15/2012    By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                                   Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MORIN, RALPH RONALD § Case No. 09-25129-JS
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 6,548.15 |
| *and approved disbursements of* | $ 140.53 |
| *leaving a balance on hand of* [1] | $ 6,407.62 |
| **Balance on hand:** | $ 6,407.62 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,407.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 1,000.00 | 0.00 | 1,000.00 |
| Trustee, Expenses - DAVID GROCHOCINSKI, TRUSTEE | 165.00 | 0.00 | 165.00 |
| Attorney for Trustee, Fees - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 2,500.00 | 0.00 | 2,500.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 68.97 | 0.00 | 68.97 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 3,983.97 |
| Remaining balance: | $ 2,423.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,423.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,423.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,956.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | West Suburban Bank | 14,472.89 | 0.00 | 243.66 |
| 2 | Wells Fargo Bank, N.A. | 79,970.15 | 0.00 | 1,346.35 |
| 3 | Marlin Leasing | 8,072.48 | 0.00 | 135.91 |
| 4 | Federated Financial | 41,440.91 | 0.00 | 697.69 |

Total to be paid for timely general unsecured claims: $ 2,423.61
Remaining balance: $ 0.04

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.04

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.04

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-25129-CD
Ralph Ronald Morin                                                        Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: arodarte         Page 1 of 3         Date Rcvd: Feb 16, 2012
                             Form ID: pdf006        Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2012.
```
db         #+Ralph Ronald Morin,    332 Glenwood Drive, Unit 303,    Bloomingdale, IL 60108-3247
aty         +Kathleen McGuire,    Grochocinski, Grochocinski & Lloyd, Ltd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
14150758    +American Express,    c/o Becket and Lee,    P.O. Box 3001,    Malvern, PA 19355-0701
14150757    +American Express,    PO Box 297871,   Fort Lauderdale, FL 33329-7871
14150759    +Bank of America,    NC4-105-03-14,    4161 Piedmont Parkway,    Greensboro, NC 27410-8110
14150760    +Blatt, Hasenmiller, Leibsker et al,    125 S. Wacker Drive, Suite 400,    Chicago, IL 60606-4440
14150761   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank,    c/o TSYS Debt Management,    PO Box 5155,
              Norcross, GA 30091)
14150762   ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Credit,    Po Box 8065,    Royal Oak, MI 48068)
14150763     Estate Recoveries, Inc.,    P.O. Box 403775,    Atlanta, GA 30384-3775
14150764    +Federated Financial,    30955 Northwestern Hwy,    Farmington Hills, MI 48334-2589
14150765     Giagnorio & Robertelli, Ltd.,    130 S. Bloomingdale Rd.,    PO Box 726,
              Bloomingdale, IL 60108-0726
14150767     Harris Bank,    P.O. Box 6290,    Carol Stream, IL 60197-6290
14150766     Harris Bank,    Bankruptcy Department,    PO Box 5037,    Rolling Meadows, IL 60008-5037
14150770    +Marlin Leasing,    300 Fellowship Rd.,    Mount Laurel, NJ 08054-1727
14150772    +Omnium Worldwide, Inc.,    PO 956842,    Saint Louis, MO 63195-6842
14150773     Sunrise Credit Services, Inc.,    260 Airport Plaza,    PO Box 9100,    Farmingdale, NY 11735-9100
14150775     Wells Fargo Bank,    PO Box 29746,    Phoenix, AZ 85038-9746
14611616     Wells Fargo Bank, N.A.,    BDD-Bankruptcy Dept.,    MAC S4101-08C,
              100 W. Washington St., Phoenix, AZ 85003
14150776    +West Suburban Bank,    711 S. Westmore Ave.,    Lombard, IL 60148-3770
14150777     West Suburban Bank,    P.O. Box 1269,    Lombard, IL 60148-8269
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14150755     E-mail/Text: bkr@cardworks.com Feb 17 2012 03:57:11     Advanta Bank Corp.,    PO Box 30715,
              Salt Lake City, UT 84130
14150771    +E-mail/Text: bankrup@nicor.com Feb 17 2012 03:54:28     Nicor Gas,
              Attention:  Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
14150774     E-mail/Text: bnc@ursi.com Feb 17 2012 03:57:43     United Recovery Systems,    PO Box 722929,
              Houston, TX 77272-2929
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14150756   ##+American Express,    General Counsels Office,    3200 Commerce Parkway  MD 1901-06,
              Marrimar, FL 33025-3907
14150768   ##+Kamm & Shapiro, Ltd.,    318 W. Adams, Ste. 1700,    Chicago, IL 60606-5100
14150769   ##+Makenna Kali & Associates,    6655 E 22nd St,    Tucson, AZ 85710-5100
                                                                                   TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: arodarte            Page 2 of 3              Date Rcvd: Feb 16, 2012
                              Form ID: pdf006           Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: arodarte              Page 3 of 3                   Date Rcvd: Feb 16, 2012
                               Form ID: pdf006             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2012 at the address(es) listed below:
          Alfredo J Garcia    on behalf of Debtor Ralph Morin notice@ledfordwu.com,
           courtnotice@ledfordwu.com
          Ariane  Holtschlag    on behalf of Trustee David Grochocinski lawyers@ggl-law.com
          David E Grochocinski    on behalf of Trustee David Grochocinski lawyers@ggl-law.com,
           lawyers@ggl-law.com
          David E Grochocinski    dgrochocinski@ggl-law.com, deg@trustesolutions.net
          David P Lloyd    on behalf of Trustee David Grochocinski dlloyd@ggl-law.com
          Kathleen M. McGuire    on behalf of Plaintiff David Grochocinski kmcguire@ggl-law.com,
           kmmcguirelaw@sbcglobal.net;lawyers@ggl-law.com
          Michael A Phelps    on behalf of Trustee David Grochocinski mphelps@ggl-law.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Xiaoming  Wu    on behalf of Debtor Ralph Morin notice@ledfordwu.com,  courtnotice@ledfordwu.com
                                                                                                             TOTAL: 9